**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Attorneys for Plaintiff Stephen Stewart*

**RAFFERTY & WILLIAMS LLP**
Paul F. Rafferty (SBN 132266)
prafferty@raffertywilliamslaw.com
Jack Williams, IV (SBN 309154)
jwilliams@raffertywilliamslaw.com
120 Vantis Drive, Suite 300
Aliso Viejo, CA
Tel.: (949) 216-3411

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN STEWART, individually and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ACER, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-04684-VC<br><br>**STIPULATED REQUEST FOR AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Hon. Vince Chhabria |

Plaintiff Stephen Stewart ("Plaintiff") and Defendants Acer Inc. and Acer America Corporation (collectively, "Acer" or "Defendants"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on August 16, 2022, Mr. Stewart filed a putative Class Action Complaint on behalf of himself and all others similarly situated asserting claims against Acer for 1) fraud, 2) fraud by concealment, 3) unjust enrichment/quasi-contract, 4) breach of implied warranty of merchantability, 5) violation of Florida's Unfair and Deceptive Trade Practices Act, *see* ECF No. 1;

WHEREAS, on January 20, 2023, the Court granted Acer's Motion to Compel Arbitration;

WHEREAS, on April 27, 2023, Plaintiff filed an arbitration demand against Acer with the American Arbitration Association;

WHEREAS, the parties have agreed upon a settlement of their dispute;[1]

WHEREAS, among the terms of the parties' settlement is the requirement that this lawsuit be dismissed with prejudice as to the individual claims of named Plaintiff Stephen Stewart and without prejudice as to the class action allegations;

WHEREAS, pursuant to Federal Rule of Civil Procedure 23(e), as applied by *Diaz v. Trust Territory of Pacific Islands*, 876 F.2d 1401 (9th Cir. 1989), and the Court's Standing Order for Civil Cases, paragraph 53, the Court must approve any pre-certification settlement;

WHEREAS, for the reasons given in the parties' Joint Statement Regarding the Fairness of the Settlement, attached hereto as Exhibit A, the parties submit that it would be appropriate for the Court to approve this settlement;

---

[1] This settlement agreement is confidential between the parties; however, the agreement can be provided to the Court for *in camera* review upon request.

THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that, subject to the Court's approval, the individual claims of named Plaintiff Stephen Stewart are dismissed with prejudice and the claims brought on behalf of the putative class are dismissed without prejudice, each party to bear its/his own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: July 19, 2023　　　　　　　　**BATHAEE DUNNE LLP**

　　　　　　　　　　　　　　　　　By:　*/s/ Yavar Bathaee*
　　　　　　　　　　　　　　　　　　　Yavar Bathaee

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Stephen Stewart*

Dated: July 19, 2023　　　　　　　　**RAFFERTY & WILLIAMS LLP**

　　　　　　　　　　　　　　　　　By:　*/s/ Paul Rafferty*
　　　　　　　　　　　　　　　　　　　Paul Rafferty

　　　　　　　　　　　　　　　　　*Attorneys for Defendants Acer Inc. and*
　　　　　　　　　　　　　　　　　*Acer America Corporation*

### FILER ATTESTATION

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

Dated: July 19, 2023　　　　　　　　By:　*/s/ Yavar Bathaee*
　　　　　　　　　　　　　　　　　　　Yavar Bathaee

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge